# UNITED STATES DISTRICT COURT

DISTRICT OF Colorado

UNITED STATES OF AMERICA
V.
James Abernathy

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: 09-mj-01009-CBS

CHARGING DISTRICTS CASE NUMBER: 08-00327-CG

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Southern District of Alabama; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the 113 St. Joseph St., Mobile, AL 36602, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 113 St. Joseph St., Mobile, AL 36602 on Feb. 11, 2009 2:00pm
_Date and Time_

_Signature of Judge_

February 2, 2009
_Date_

Boyd N. Boland   U.S. Magistrate Judge
_Name of Judge_   _Title of Judge_